IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 7:23-456 |
| | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 371 |
| | ) | 18 U.S.C. § 922(a)(1)(A) |
| | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 923(a) |
| -versus- | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 924(a)(1)(D) |
| | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| **DESTINY SHANNON MERCADO** | ) | |
| **DAQUASIA CATHERINE MERCADO** | ) | |
| **RUBEN ENRIQUE CHAVEZ-MUNIZ** | ) | **SEALED INDICTMENT** |

## COUNT 1

THE GRAND JURY CHARGES:

1. That beginning at a time unknown to the grand jury, but beginning from at least in or around January 2020, and continuing thereafter, up to and including the date of this Indictment, in the District of South Carolina and elsewhere, Defendants **DESTINY SHANNON MERCADO, DAQUASIA CATHERINE MERCADO** and **RUBEN ENRIQUE CHAVEZ-MUNIZ**, knowingly and willfully did combine, conspire, confederate, and agree together and with others known and unknown to the grand jury, to commit the following violations:

   a. To engage in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Section 922(a)(1)(A); and,

   b. To make false statements with regard to the acquisition of firearms from licensed firearm dealers, in violation of Title 18, United States Code, Section 922(a)(6).

1

## MANNER AND MEANS

2. It was part of the conspiracy that Defendants **DESTINY SHANNON MERCADO** and **RUBEN ENRIQUE CHAVEZ-MUNIZ** would recruit, pay, and receive firearms from straw purchasers;

3. It was further part of the conspiracy that Defendants **DESTINY SHANNON MERCADO** and **DAQUASIA CATHERINE MERCADO** would by dishonest means, procure firearms, under the guise of purchasing firearms for themselves, when in fact, the firearms were intended to be sold and used by others;

4. It was further part of the conspiracy that Defendants **DESTINY SHANNON MERCADO** and **DAQUASIA CATHERINE MERCADO** would travel to and from South Carolina to transport the firearms across interstate lines to deliver firearms to New York;

5. It was further part of the conspiracy that Defendant **RUBEN ENRIQUE CHAVEZ-MUNIZ** would pay Defendant **DESTINY SHANNON MERCADO** for the firearms using the web-based application CashApp;

6. It was further part of the conspiracy that Defendants **DESTINY SHANNON MERCADO** and **RUBEN ENRIQUE CHAVEZ-MUNIZ** would engage in the business of dealing in firearms without a license.

## OVERT ACTS

7. In furtherance of the conspiracy and to affect the objects of the conspiracy, the following overt acts, among others, were committed in the District of South Carolina and elsewhere:

    a. From in or around January of 2020, and continuing thereafter, up to and including the date of this Indictment, Defendants **DESTINY SHANNON MERCADO** and **RUBEN**

    **ENRIQUE CHAVEZ-MUNIZ** recruited, paid, and received firearms from straw purchasers;

b. From in or around October 9, 2020, and continuing thereafter, up to and including the date of this Indictment, Defendant **DAQUASIA CATHERINE MERCADO** straw purchased firearms and transferred them to Defendants **DESTINY SHANNON MERCADO** and **RUBEN ENRIQUE CHAVEZ-MUNIZ**, and to others, known and unknown to the grand jury;

c. From in or around January of 2020, and continuing thereafter, up to and including the date of this Indictment, Defendant **DESTINY SHANNON MERCADO** straw purchased firearms and transferred them to Defendant **RUBEN ENRIQUE CHAVEZ-MUNIZ**, and to others, known and unknown to the grand jury;

d. From in or around June of 2020, and continuing thereafter, up to and including the date of this Indictment, Defendant **RUBEN ENRIQUE CHAVEZ-MUNIZ** transferred multiple payments totaling $25,744.50 to Defendant **DESTINY SHANNON MERCADO** via CashApp for the purchase of firearms;

e. From in or around January of 2020, and continuing thereafter, up to and including the date of this Indictment, Defendants **DESTINY SHANNON MERCADO, DAQUASIA CATHERINE MERCADO** and **RUBEN ENRIQUE CHAVEZ-MUNIZ**, and others known and unknown to the grand jury, disposed of firearms acquired through straw purchases by selling or transferring them to others;

f. Counts 2-40 are incorporated herein, as if set forth verbatim, as overt acts.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That beginning at a time unknown to the grand jury, but beginning at least in or around January of 2020, and continuing thereafter, up to and including the date of this Indictment, in the District of South Carolina and elsewhere, Defendants **DESTINY SHANNON MERCADO** and **RUBEN ENRIQUE CHAVEZ-MUNIZ,** not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms;

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a) and 924(a)(1)(D).

## COUNTS 3-40

THE GRAND JURY FURTHER CHARGES:

That on or about the dates set forth below, in the District of South Carolina and elsewhere, Defendants **DESTINY SHANNON MERCADO, DAQUASIA CATHERINE MERCADO** and **RUBEN ENRIQUE CHAVEZ-MUNIZ** as principals, aiders and abettors, and as co-participants in jointly undertaken criminal activity, did knowingly make false and fictitious written statements in connection with the acquisition and attempted acquisition of firearms, to wit, the firearms listed in the table below from various licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, which statements were intended and likely to deceive each licensed dealer of firearms, as to a fact material to the lawfulness of the sale and disposition of said firearms to Defendants **DESTINY SHANNON MERCADO** and **DAQUASIA CATHERINE MERCADO,** in that Defendants **DESTINY SHANNON MERCADO** and **DAQUASIA**

4

**CATHERINE MERCADO** represented that each was the actual transferee/buyer of the firearm, when in fact, each was acquiring the firearm or attempting to acquire the firearm on behalf of other persons, including Defendant **RUBEN ENRIQUE CHAVEZ-MUNIZ** and others known and unknown to the grand jury as set forth in the following Counts:

a. Defendant **DESTINY SHANNON MERCADO**, aided and abetted by Defendant **RUBEN ENRIQUE CHAVEZ-MUNIZ** and others known and unknown to the grand jury:

| Count | Date | Dealer | Make/Model/Caliber/Serial Number |
|---|---|---|---|
| 3 | January 10, 2020 | All Stars Gold & Pawn, Spartanburg, SC | 1. SCCY/CPX-2/9mm/552428 |
| 4 | September 25, 2020 | All Stars Gold & Pawn, Spartanburg, SC | 2. Hi-Point/C9/9mm/P1471869<br>3. Taurus/PT22/.22/AVH15169 |
| 5 | September 26, 2020 | First Cash Pawn, Spartanburg, SC | 4. Beemiller/C9/9mm/P1430969 |
| 6 | September 28, 2020 | All Stars Gold & Pawn, Spartanburg, SC | 5. Beretta/BU Pico/.380/PC042926 |
| 7 | September 28, 2020 | C&C Ammo, Inc., Boiling Springs, SC | 6. Diamond Back/DB380/.380 ACP/ZC8266<br>7. Smith & Wesson/M&P22C/.22LR/HJK2648<br>8. Ruger/EC9s/9mm/458-04004 |
| 8 | October 9, 2020 | Cash Today Pawn & Jewelry, Spartanburg, SC | 9. Phoenix Arms/HP22/.22LR/4567670<br>10. Phoenix Arms/HP22/.22LR/4568114<br>11. Phoenix Arms/HP22/.22LR/4568121 |
| 9 | October 10, 2020 | C&C Ammo, Inc., Boiling Springs, SC | 12. Taurus/PT-25/.25ACP/Z001058<br>13. Taurus/Spectrum/.380ACP/1F086987 |

5

| Count | Date | Dealer | Make/Model/Caliber/Serial Number |
|---|---|---|---|
| 10 | October 12, 2020 | Eastside Pawn, Cowpens, SC | 14. Taurus/Spectrum/.380/1F023684<br>15. SCCY/CPX-2/9mm/C025568<br>16. Taurus/Spectrum/.380/1F023739<br>17. Taurus/Specturm/.380/1F023789 |
| 11 | October 13, 2020 | T&K Outdoors, Spartanburg, SC | 18. Taurus/G3/9mm/ABK014764<br>19. Taurus/G2C/9mm/ABK031741 |
| 12 | November 24, 2020 | Eastside Pawn, Cowpens, SC | 20. Ruger/LCP/.380/371090728<br>21. Lorcin Engineering/L380/.380/281942<br>22. Diamond Back/DB9/9mm/YL5872<br>23. Diamond Back/DB9/9mm/YL5344 |
| 13 | November 25, 2020 | Cash Today Pawn & Jewelry, Spartanburg, SC | 24. Taurus/G2C/9mm/ABC378130<br>25. Phoenix Arms/RM Deluxe/.22/4564013 |
| 14 | November 25, 2020 | C&C Ammo, Inc., Boiling Springs, SC | 26. Smith & Wesson/M&P Shield 40/.40/HSY1171<br>27. Ruger/LCP/.380/372394502 |
| 15 | November 27, 2020 | T&K Outdoors, Spartanburg, SC | 28. Diamond Back/DB380/.380/ZB1926<br>29. Taurus/G2S/9mm/ABL160344<br>30. Taurus/G3C/9mm/ABL150826 |
| 16 | November 27, 2020 | Dead on Works, Cowpens, SC | 31. Taurus/G3C/9mm/ABM200642 |
| 17 | December 5, 2020 | T&K Outdoors, Spartanburg, SC | 32. Taurus/G3C/9mm/ABM215665<br>33. Taurus/G2C/9mm/ABL157120<br>34. Taurus/G3/9mm/ABM212606<br>35. Taurus/G2C/9mm/ABM221656<br>36. Taurus/G3C/9mm/ABM228160<br>37. Taurus/G3/9mm/ABM216047<br>38. Armscor of Phillipines/206/.38/RIA1879366 |
| 18 | December 5, 2020 | Eastside Pawn, Cowpens, SC | 39. Ruger/EC9S/9mm/458-38904<br>40. SCCY/CPX-2/9mm/C045436<br>41. Beretta/APX/9mm/A058997X<br>42. SCCY/CPX-2/9mm/C019799<br>43. Ruger/EC9S/9mm/458-38815<br>44. Kel Tec/S2000 GEN2/9mm/FG0Z06 |

| Count | Date | Dealer | Make/Model/Caliber/Serial Number |
|---|---|---|---|
| 19 | December 5, 2020 | Carolina Barrel and Blade LLC, Greer, SC | 45. SCCY/CPX-2/9mm/864250 |
| 20 | December 5, 2020 | Academy Sports, Greenville, SC | 46. Sun City Machinery/Savage Arms, Inc./320/12-gauge shotgun/200085M<br>47. Smith & Wesson/SD40VE/.40/FCW9664 |
| 21 | December 5, 2020 | South Carolina Gun Company, Greer, SC | 48. Taurus/PT738/.380/11759B<br>49. Ruger/LCP II/.380/380607857 |
| 22 | December 6, 2020 | Academy Sports, Greenville, SC | 50. Taurus/856 Ultralite/.38/ABL126422<br>51. SCCY/CPX-2/9mm/C050398 |
| 23 | December 6, 2020 | Cabela's, Greenville, SC | 52. UMAREX/Heckler & Koch Inc./HK 416 D/.22 Long Rifle/HB032018<br>53. UMAREX/Heckler & Koch Inc./HK 416 D/.22 Long Rifle/HB033034 |
| 24 | December 15, 2020 | All Stars Gold & Pawn, Spartanburg, SC | 54. Taurus/G2C/9mm/TMW64984 |
| 25 | December 15, 2020 | Cash Today Pawn & Jewelry, Spartanburg, SC | 55. Taurus/G2S/9mm/ABL174085<br>56. Taurus/G2S/9mm/ABL174172 |
| 26 | December 17, 2020 | T&K Outdoors, Spartanburg, SC | 57. SCCY/CPX-2/9mm/C049203<br>58. Bersa/Thunder 380/.380/A85852 |
| 27 | January 7, 2021 | T&K Outdoors, Spartanburg, SC | 59. Smith & Wesson/Bodyguard/.380/KHU3010<br>60. Smith & Wesson/M&P Shield 10035/9mm/JEZ0588<br>61. Mossberg/MC1SC/9mm/045643CP |
| 28 | January 8, 2021 | Eastside Pawn, Cowpens, SC | 62. SCCY/CPX-2/9mm/C074387<br>63. Smith & Wesson/M&P Bodygaurd 380/.380/KLK4809<br>64. Kahr Arms/CW380/.380/RK1961 |

| Count | Date | Dealer | Make/Model/Caliber/Serial Number |
|---|---|---|---|
| 29 | January 8, 2021 | Cash Today Pawn & Jewelry, Spartanburg, SC | 65. SCCY/CPX-2/9mm/C045562<br>66. SCCY/CPX-2/9mm/C045563 |
| 30 | December 5, 2020 (attempted purchase) | C&C Ammo, Inc., Boiling Springs, SC | 67. Mossberg/715/.22LR/EVF4487190 |
| 31 | December 6, 2020 (attempted purchase) | C&C Ammo, Inc., Boiling Springs, SC | 68. EAA/Windicator/.38 Special/1573658 |
| 32 | December 15, 2020 (attempted purchase) | C&C Ammo, Inc., Boiling Springs, SC | 69. Taurus/G3/9mm/ABM242141 |
| 33 | January 9, 2021 (attempted purchase) | C&C Ammo, Inc., Boiling Springs, SC | 70. Taurus/PT-22/.22/580622<br>71. Canik/TP9DA/9mm/20BJ07724 |

b.  Defendant **DAQUASIA CATHERINE MERCADO**, aided and abetted by Defendants **DESTINY SHANNON MERCADO** and **RUBEN ENRIQUE CHAVEZ-MUNIZ**, and by others known and unknown to the grand jury:

| Count | Date | Dealer | Make/Model/Caliber/Serial Number |
|---|---|---|---|
| 34 | October 9, 2020 | Cash Today Pawn & Jewelry, Spartanburg, SC | 72. Phoenix Arms/HP22/.22/4568117<br>73. Phoenix Arms/HP22/.22/4567679 |
| 35 | October 11, 2020 | Academy Sports, Greenville, SC | 74. Taurus/G2C/9mm/ABJ908481 |

| Count | Date | Dealer | Make/Model/Caliber/Serial Number |
|---|---|---|---|
| 36 | October 12, 2020 | Eastside Pawn, Cowpens, SC | 75. SCCY/CPX-2/9mm/C025306<br>76. SCCY/CPX-2/9mm/C019798<br>77. SCCY/CPX-2/9mm/C025308<br>78. SCCY/CPX-1/9mm/C026365 |
| 37 | December 21, 2020 | Cash Today Pawn & Jewelry, Spartanburg, SC | 79. SCCY/CPX-1/9mm/C058551<br>80. SCCY/CPX-1/9mm/C059313<br>81. SCCY/CPX-1/9mm/C059143 |
| 38 | December 30, 2020 | All Stars Gold & Pawn, Spartanburg, SC | 82. Glock/22/.40/YUZ345 |
| 39 | March 30, 2021 | All Stars Gold & Pawn, Spartanburg, SC | 83. Glock/22/.40/BEP703 US |
| 40 | March 31, 2021 (attempted purchase) | Gold & Silver Pawn, Spartanburg, SC | 84. Phoenix Arms/HP22/.22LR/4578734<br>85. Phoenix Arms/HP22/.22LR/ 4578735<br>86. Phoenix Arms/HP22/.22LR/ 4578732 |

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

9

## **FORFEITURE**

FIREARM OFFENSES:

Upon conviction for felony violations of Title 18, United States Code, Section 922 as charged in this Indictment, the Defendants, **DESTINY SHANNON MERCADO, DAQUASIA CATHERINE MERCADO** and **RUBEN ENRIQUE CHAVEZ-MUNIZ**, shall forfeit to the United States all of the Defendants' rights, title and interest in:

(a) any firearms and ammunition (as defined in 18 U.S.C. § 921) –

    (1) involved in or used in any knowing violation of 18 U.S.C. § 922, or violation of any other criminal law of the United States, or intended to be used in a crime of violence.

    Firearms:

    (1)    Glock, Model 22, .40 caliber pistol
             Serial Number: BEP703
             Recovered from: Daquasia Catherine Mercado

    (2)    Glock, Model 19, 9mm caliber pistol
             Serial Number: AEKZK433
             Daquasia Catherine Mercado

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A ___True___ BILL

████████████
FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Christopher B. Schoen (Fed. ID # 11421)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:  864.268.2100
Fax:  864.233.3158
Email: Christopher.Schoen@usdoj.gov